AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___Eastern District of Texas - Marshall Division___ on the following

☐ Trademarks or     ☑ Patents.     ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>2:25-cv-00956 | DATE FILED<br>9/16/2025 | U.S. DISTRICT COURT<br>Eastern District of Texas - Marshall Division | |
|---|---|---|---|
| PLAINTIFF<br><br>Monument Peak Ventures, LLC | | DEFENDANT<br><br>Arashi Vision Inc. d/b/a Insta360 | |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 8,237,771 | 8/7/2011 | Monument Peak Ventures, LLC |
| 2 | 8,274,544 | 9/25/2012 | Monument Peak Ventures, LLC |
| 3 | 8,842,155 | 9/23/2014 | Monument Peak Ventures, LLC |
| 4 | 8,856,418 | 10/7/2015 | Monument Peak Ventures, LLC |
| 5 | See attached | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | | |
|---|---|---|---|
| | ☐ Amendment     ☐ Answer     ☐ Cross Bill     ☐ Other Pleading | | |
| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| <br><br><br><br><br> |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| <br><br> | | |

**Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy**

Attachment to AO 120

Docket No. 2:25-cv-00956

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 9,848,158 | 12/19/2017 | Monument Peak Ventures, LLC |
| 10,425,612 | 9/24/2019 | Monument Peak Ventures, LLC |
| 10,728,490 | 7/28/2020 | Monument Peak Ventures, LLC |