**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **MONUMENT PEAK VENTURES, LLC,**      **Plaintiff,** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CASE NO. 2:25-cv-00956**<br><br>**JURY TRIAL** |
| **v.** | | |
| **ARASHI VISION INC. d/b/a INSTA360,**      **Defendant.** | | |

### PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Plaintiff Monument Peak Ventures, LLC by and through its undersigned attorney, states as follows:  Monument Peak Ventures, LLC is 100% owned by Monument IP Fund 2, LLC ("MIP2").  MIP2 is a wholly owned subsidiary of Dominion Harbor Enterprises, LLC.  No publicly held corporation owns 10% or more of MIP2 or Dominion Harbor Enterprises, LLC's stock.

 Dated:  September 16, 2025          Respectfully submitted,


By:  _____
        Cabrach J. Connor
        Cab@CLandS.com
        Texas Bar No. 24036390

Jennifer Tatum Lee
Jennifer@CLandS.com
Texas Bar No. 24046950
John M. Shumaker
John@CLandS.com
Texas Bar No. 24033069

**CONNOR LEE & SHUMAKER PLLC**
609 Castle Ridge Road, Suite 450
Austin, Texas 78746
512.646.2060 Telephone
888.387.1134 Facsimile