AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas    [▼]

| | | |
|---|---|---|
| MONUMENT PEAK VENTURES, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    2:25-cv-956 |
| ARASHI VISION INC. d/b/a INSTA360 | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

 Arashi Vision Inc. d/b/a Insta360                                                                                          .

Date:      12/22/2025

/s/ Laura A. Wytsma
*Attorney's signature*

Laura A. Wytsma (CA 189527)
*Printed name and bar number*
Orrick, Herrington & Sutcliffe LLP
355 S. Grand Ave., Suite 2700
Los Angeles, CA  90071

*Address*

lawytsma@orrick.com
*E-mail address*

(213) 612-2389
*Telephone number*

(213) 612-2499
*FAX number*