**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

MONUMENT PEAK VENTURES, LLC,

        Plaintiff,

v.

ARASHI VISION INC. d/b/a INSTA360,

        Defendant.

Case No. 2:25-cv-00956-RWS-RSP

JURY TRIAL DEMANDED

**DECLARATION OF TIMOTHY J. CARROLL IN SUPPORT
OF MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**

I, Timothy J. Carroll, declare as follows:

1. I am a Partner with the law firm of Orrick Herrington & Sutcliffe LLP and counsel for Defendant Arashi Vision Inc. d/b/a Insta360 ("Insta360") in this matter. I make this declaration in support of Insta360's Motion to Dismiss for Failure to State a Claim. I am over 18 years of age and if called to testify under oath in court, I could and would testify competently to the facts herein.

2. Attached as **Exhibit 1** is a true and correct copy of U.S. Patent No. 8,237,771, titled Automated Videography Based Communications, issued August 7, 2012.

3. Attached as **Exhibit 2** is a true and correct copy of U.S. Patent No. 8,274,544, titled Automated Videography Systems, issued September 25, 2012.

4. Attached as **Exhibit 3** is a true and correct copy of U.S. Patent No. 8,842,155, titled Portable Video Communication System, issued September 23, 2014.

5. Attached as **Exhibit 4** is a true and correct copy of U.S. Patent No. 8,856,418, titled Receiving Station for Mobile Host Equipment, and Method of Sharing Resources Using the Station, issued October 7, 2014.

6.      Attached as **Exhibit 5** is a true and correct copy of U.S. Patent No. 9,848,158, titled Digital Camera User Interface for Video Trimming, issued December 19, 2017.

7.      Attached as **Exhibit 6** is a true and correct copy of U.S. Patent No. 10,425,612 titled Digital Camera User Interface for Video Trimming, issued September 24, 2019.

8.      Attached as **Exhibit 7** is a true and correct copy of U.S. Patent No. 10,278,490, titled Portable Table Assembly, issued May 7, 2019.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on the 23rd day of March 2026, in Chicago, Illinois.

*/s/* Timothy J. Carroll
Timothy J. Carroll