## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

MONUMENT PEAK VENTURES, LLC,

      Plaintiff,

v.

ARASHI VISION INC. d/b/a INSTA360,

      Defendant.

Case No. 2:25-cv-00956-RWS-RSP

JURY TRIAL DEMANDED

## ORDER GRANTING DEFENDANT'S MOTION
## TO DISMISS FOR FAILURE TO STATE A CLAIM

This Court, having considered Defendant's Motion to Dismiss for Failure to State a Claim, hereby GRANTS the Motion.

It is hereby ORDERED that Monument Peak Ventures, LLC's VDPP, LLC's Original Complaint is hereby DISMISSED with prejudice.

IT IS ORDERED.