## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

MONUMENT PEAK VENTURES, LLC,

      Plaintiff,

v.

ARASHI VISION INC. d/b/a INSTA360,

      Defendant.

Case No. 2:25-cv-00956-RWS-RSP

JURY TRIAL DEMANDED

## DEFENDANT ARASHI VISION INC. D/B/A INSTA360'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Arashi Vision Inc. d/b/a Insta360 states that it does not have a parent corporation and no publicly held company owns 10% or more of its stock.

Dated: March 23, 2026

Respectfully submitted,

*/s/ Timothy J. Carroll*
Timothy J. Carroll
Thomas James
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
353 N. Clark Street, Suite 3600
Chicago, Illinois 60654
Telephone: +1 312 924 9800
tim.carroll@orrick.com
tjames@orrick.com

Laura A. Wytsma
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
355 S. Grand Ave., Suite 2700
Los Angeles, CA 90071
Telephone: +1 213 629-2020
lawytsma@orrick.com

*Counsel for Arashi Vision Inc. d/b/a Insta360*

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2026, a copy of the foregoing was filed and served on all parties through the Court's CM/ECF filing system.

*/s/ Timothy J. Carroll*
Timothy J. Carroll

2