AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas  ▼

| | |
|---|---|
| MONUMENT PEAK VENTURES, LLC | ) |
| *Plaintiff* | ) |
| v. | ) |
| ARASHI VISIOIN INC. d/b/a INSTA360 | ) |
| *Defendant* | ) |

Case No.    2:25-cv-00956-RWS-RSP

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

 Defendant Arashi Vision Inc. d/b/a Insta360                                                       .

Date:    03/25/2026

/s/ Xiang Wang
*Attorney's signature*

Xiang Wang (NY Bar No. 4311114)
*Printed name and bar number*
Orrick, Herrington & Sutcliffe LLP
5701 China World Tower A
No. 1 Jianguomenwai Avenue
Beijing 100004 PRC

*Address*

xiangwang@orrick.com
*E-mail address*

+86 10 8595 5600
*Telephone number*

*FAX number*