IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

MONUMENT PEAK VENTURES, LLC,   §
                               §
        Plaintiff,             §
                               §
v.                             §   CIVIL ACTION NO. 2:25-CV-956-RWS
                               §
ARASHI VISION INC. D/B/A INSTA360,   §
                               §
        Defendant.             §

## ORDER

Before the Court is Defendant Arashi Vision Inc. d/b/a Insta360's Rule 12(b)(6) Motion to Dismiss for Failure to State a Claim. Docket No. 14. Defendant filed its Motion to Dismiss on March 23, 2026, seeking the dismissal of Plaintiff's Original Complaint. *See* Docket Nos. 1, 14. On April 29, 2026, Plaintiff filed its First Amended Complaint. Docket No. 20.

Generally, an amended complaint "supersedes" a prior complaint "and renders it of no legal effect unless the amended complaint specifically refers to and adopts or incorporates by reference the earlier pleadings." *New Orleans Ass'n of Cemetery Tour Guides & Cos. v. New Orleans Archdiocesan Cemeteries*, 56 F.4th 1026, 1033 (5th Cir. 2023) (citing *King v. Dogan*, 31 F.3d 344, 346 (5th Cir. 1994)). Therefore, a motion to dismiss a non-operative complaint is moot. *See id.* at 1033–34. Accordingly, it is

**ORDERED** that Defendant's Motion to Dismiss (Docket No. 14) is **DENIED-AS-MOOT**.

So ORDERED and SIGNED this 4th day of May, 2026.


ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE