**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **MONUMENT PEAK VENTURES, LLC,**<br>    **Plaintiff,**<br><br>**v.**<br><br>**ARASHI VISION INC. d/b/a INSTA360,**<br>    **Defendant.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Case No. 2:25-cv-956-RWS**<br><br>**JURY TRIAL** |

**JOINT MOTION FOR ENTRY OF DOCKET CONTROL ORDER**

Plaintiff Monument Peak Ventures, LLC and Defendant Arashi Vision Inc. d/b/a Insta360 have conferred, agree on a proposed schedule consistent with the Court's Order (Dkt. 23), and hereby move for entry of the attached Docket Control Order.

The parties expect to submit an agreed Protective Order and agreed Discovery Order by Friday, May 22, 2026.

The parties have no other outstanding issues requiring the Court's attention at this time and believe a scheduling conference is unnecessary.

We appreciate the Court's time and opportunity to submit these orders for the Court's review and approval.

Dated:  May 20, 2026                    Respectfully submitted,

By: _____

Cabrach J. Connor
Cab@CLandS.com
Texas Bar No. 24036390
Jennifer Tatum Lee
Jennifer@CLandS.com
Texas Bar No. 24046950
John M. Shumaker
John@CLandS.com
Texas Bar No. 24033069
**CONNOR LEE & SHUMAKER PLLC**
609 Castle Ridge Road, Suite 450
Austin, Texas 78746
512.646.2060 Telephone
888.387.1134 Facsimile

*Attorneys for Plaintiff*
*Monument Peak Ventures, LLC*

By: */s/ Timothy J Carroll*

Timothy J. Carroll
Thomas James
**ORRICK HERRINGTON & SUTCLIFFE LLP**
353 N. Clark Street, Suite 3600
Chicago, Illinois 60654
Telephone: +1 312 924 9800
tim.carroll@orrick.com
tjames@orrick.com
Laura A. Wytsma
**ORRICK HERRINGTON & SUTCLIFFE LLP**
355 S. Grand Ave., Suite 2700
Los Angeles, CA 90071
Telephone: +1 213 629-2020
lawytsma@orrick.com

*Counsel for Arashi Vision Inc. d/b/a*
*Insta360*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that all counsel of record are being served with a copy of the foregoing document via the Court's CM/ECF system on May 20, 2026.

<u>*/s/ Cabrach J. Connor*</u>
Cabrach J. Connor

## <u>CERTIFICATE OF CONFERENCE</u>

The undersigned hereby certifies that counsel for the Parties conferred with the meet and confer requirement in Local Rule CV-7(h).

<u>*/s/ Cabrach J. Connor*</u>
Cabrach J. Connor