AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| | | |
|---|---|---|
| Monument Peak Ventures, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    2:25 cv 00956 |
| Arashi Vision Inc. d/b/a Insta360 | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Arashi Vision Inc. d/b/a Insta360                                                                          .

Date:    05/26/2026                                                    /s/ Haolu Feng
                                                                         *Attorney's signature*

                                                                    Haolu Feng (D.C. 90001026)
                                                                   *Printed name and bar number*
                                          17th Floor, One ICC, Shanghai ICC, 999 Middle Huai
                                                        Hai Road, Xuhui District
                                                        Shanghai, China 200031

                                                                         *Address*

                                                            harry.feng@cn.kingandwood.com
                                                                   *E-mail address*

                                                                    (206) 499 2956
                                                                   *Telephone number*

                                                                    (917) 591 8167
                                                                     *FAX number*