AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| | | |
|---|---|---|
| Monument Peak Ventures, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    2:25 cv 00956 |
| Arashi Vision Inc. d/b/a Insta360 | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Arashi Vision Inc. d/b/a Insta360                                                                    .

Date:      05/26/2026                                         /s/ Benjamin Bai
                                                                                *Attorney's signature*

                                                      J. Benjamin Bai (Texas 24001676)
                                                           *Printed name and bar number*
                                                      600 5th Ave 27th Floor
                                                      New York, NY 10020

                                                      _____
                                                                    *Address*

                                                      benjamin.bai@cn.kingandwood.com
                                                           *E-mail address*

                                                      (212) 319 4755
                                                           *Telephone number*

                                                      (917) 591 8167
                                                           *FAX number*