**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| MONUMENT PEAK VENTURES, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 2:25-CV-956-RWS |
| ARASHI VISION INC. D/B/A INSTA 360, | § | |
| | § | |
| | § | |
| Defendant. | § | |

## ORDER

On May 5, 2026, the Court set a scheduling conference in this case for June 2, 2026. Docket No. 23. In the Court's order, it explained that it may enter the parties' proposed Docket Control Order and Discovery Order and cancel the scheduling conference. *Id.* Based on the parties' submission (Docket Nos. 28, 31), the Court finds that a scheduling conference is unnecessary in this case. Accordingly, it is

**ORDERED** that the scheduling conference, previously scheduled for June 2, 2026 is **CANCELLED**. It is further

**ORDERED** that the parties' Joint Motions for Entry of Docket Control Order and Discovery Order (Docket Nos. 28, 31) are **GRANTED**.

**So ORDERED and SIGNED this 28th day of May, 2026.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE