**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **MONUMENT PEAK VENTURES, LLC,**  **Plaintiff,** | § § § § § § § § § § § | **NO. 2:25-cv-956-RWS** |
| **v.** | | |
| **ARASHI VISION INC. d/b/a INSTA360,**  **Defendant.** | | **JURY TRIAL** |

**JOINT MOTION FOR MEDIATION**

Plaintiff Monument Peak Ventures, LLC and Defendant Arashi Vision Inc. d/b/a

Insta360 have conferred and agree to mediate their dispute on or before August 21, 2026.

The parties have not yet agreed on a mediator.  If the parties are unable to reach

agreement on a mediator by June 30, 2026, we jointly will file a status report and seek the

Court's appointment of a mediator.

Dated:  June 12, 2026                Respectfully submitted,

By:   _____
Cabrach J. Connor
Cab@CLandS.com
Texas Bar No. 24036390
Jennifer Tatum Lee
Jennifer@CLandS.com

Texas Bar No. 24046950
John M. Shumaker
John@CLandS.com
Texas Bar No. 24033069

**CONNOR LEE & SHUMAKER PLLC**
609 Castle Ridge Road, Suite 450
Austin, Texas 78746
512.646.2060 Telephone
888.387.1134 Facsimile

*Attorneys for Plaintiff*
*Monument Peak Ventures, LLC*

By:    _____
J. Benjamin Bai
Texas Bar No. 24001676
600 5th Avenue 27th Floor
New York, NY 10020
Telephone:  (212) 319 4755
Facsimile:  (917) 591-8167
Benjamin.bai@cn.kingandwood.com

Haolu Feng
D.C. 90001026
17th Floor, One ICC, Shanghai ICC
999 Middle Huai Hai Road
Shanghai, China 200031
Telephone (206) 499-2956
Facsimle:  (917) 591-8167
Harry.feng@cn.kingandwood.com

*Counsel for Arashi Vision Inc. d/b/a*
*Insta360*

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2026, a true and correct copy of the foregoing was filed electronically via the Court's CM/ECF system, which will effect service on all counsel of record who have consented to electronic service.

/s/ Cabrach J. Connor
Cabrach J. Connor

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for the Parties conferred with the meet and confer requirement in Local Rule CV-7(h).

/s/ Cabrach J. Connor
Cabrach J. Connor