# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| **MONUMENT PEAK VENTURES, LLC,**<br>　　**Plaintiff,**<br><br>**v.**<br><br>**ARASHI VISION INC. d/b/a INSTA360,**<br>　　**Defendant.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **NO. 2:25-cv-956-RWS**<br><br><br>**JURY TRIAL** |

## UNOPPOSED MOTION TO EXTEND PLAINTIFF'S DEADLINE TO COMPLY WITH P.R. 3-1 and P.R. 3-2

The current deadline for Plaintiff Monument Peak Ventures, LLC ("MPV") to comply with P.R. 3-1 and P.R. 3-2 – Disclosure of Asserted Claims and Infringement Contentions is June 16, 2026.  ECF No. 34.  The parties have met and conferred, and Defendant Arashi Vision Inc. d/b/a Insta360 ("Insta360") does not oppose MPV's request to extend its deadline by fourteen days to June 30, 2026, subject to the Court's approval.

Accordingly, MPV respectfully requests an extension of its deadline to comply with P.R. 3-1 and P.R. 3-2 – Disclosure of Asserted Claims and Infringement Contentions up to and including June 30, 2026.

Dated:  June 12, 2026

Respectfully submitted,

By:

Cabrach J. Connor
Cab@CLandS.com
Texas Bar No. 24036390
Jennifer Tatum Lee
Jennifer@CLandS.com
Texas Bar No. 24046950
John M. Shumaker
John@CLandS.com
Texas Bar No. 24033069

**CONNOR LEE & SHUMAKER PLLC**
609 Castle Ridge Road, Suite 450
Austin, Texas 78746
512.646.2060 Telephone
888.387.1134 Facsimile

*Attorneys for Plaintiff*
*Monument Peak Ventures, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2026, a true and correct copy of the foregoing was filed electronically via the Court's CM/ECF system, which will effect service on all counsel of record who have consented to electronic service.

*/s/ Cabrach J. Connor*
Cabrach J. Connor

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for the Parties conferred about the relief sought by this motion in compliance with Local Rule CV-7(h).  Defendant does not oppose the extension sought.

*/s/ Cabrach J. Connor*
Cabrach J. Connor