**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| MONUMENT PEAK VENTURES, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 2:25-CV-00956-RWS |
| ARASHI VISION INC. D/B/A INSTA360, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**ORDER**

Before the Court is Plaintiff Monument Peak Ventures, LLC and Defendant Arashi Vision Inc. d/b/a Insta360's Joint Motion for Mediation. Docket No. 44. The parties represent they have "agreed to mediate their dispute on or before August 21, 2026." *Id.* at 1. However, "the parties have not yet agreed on a mediator." *Id.* After review, and because it is unopposed, the motion (Docket No. 44) is **GRANTED**. Accordingly, it is

**ORDERED** that the parties **SHALL** file a status report by **June 30, 2026** apprising the Court of the date, time, and mediator.

**So ORDERED and SIGNED this 16th day of June, 2026.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE