**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| MONUMENT PEAK VENTURES, LLC<br><br>　　　Plaintiff,<br><br>v.<br><br>ARASHI VISION INC. d/b/a INSTA360,<br><br>　　　Defendant. | Case No. 2:25-cv-00956-RWS<br><br>JURY TRIAL DEMANDED |

**UNOPPOSED MOTION TO EXTEND DEFENDANT'S
DEADLINE TO COMPLY WITH P.R. 3-3 AND P.R. 3-4**

The current deadline for Defendant Arashi Vision Inc. d/b/a Insta360 ("Insta360") to comply with P.R. 3-3 and P.R. 3-4 – Disclosure of Invalidity Contentions is August 4, 2026. (Dkt. No. 34.) The parties have met and conferred, and Plaintiff Monument Peak Ventures, LLC ("MPV") does not oppose Insta360's request to extend its deadline by fourteen days to August 18, 2026, subject to the Court's approval.

Accordingly, Insta360 respectfully requests an extension of its deadline to comply with P.R. 3-3 and P.R. 3.4 – Disclosure of Invalidity Contentions up to and including August 18, 2026.

Dated: June 29, 2026

Respectfully submitted,

*/s/ Jack Shaw*
Jack Shaw
California State Bar No. 309382
jshaw@cjsjlaw.com
**CHERRY JOHNSON SIEGMUND JAMES PC**
8140 Walnut Hill Lane, Suite 105
Dallas, TX 75231
Telephone: (254) 732-2242
Facsimile: (866) 627-3509

Greg Love
State Bar No. 24013060
glove@cjsjlaw.com
**CHERRY JOHNSON SIEGMUND JAMES PC**
104 E. Houston Street, Suite 115
Marshall, Texas 75670
Telephone: (903) 212-4444
Facsmile: (903) 392-2267

J. Benjamin Bai
Texas Bar No. 24001676
Benjamin.bai@cn.kingandwood.com
**King & Wood**
600 5th Avenue 27th Floor
New York, NY 10020
Telephone: (212) 319-4755
Facsimile: (917) 591-8167

Haolu Feng
D.C. Bar No. 90001026
Harry.feng@cn.kingandwood.com
**King & Wood**
17th Floor, One ICC, Shanghai ICC
999 Middle Huai Hai Road
Shanghai, China 200031
Telephone: (206) 499-2956
Facsimile: (917) 591-8167

*ATTORNEYS FOR DEFENDANT*
*ARASHI VISION INC. d/b/a INSTA360*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on June 29, 2026, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ Jack Shaw
Jack Shaw

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for the Parties conferred about the relief sought by this motion in compliance with Local Rule CV-7(h). Plaintiff does not oppose the extension sought.

/s/ Jack Shaw
Jack Shaw