**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **MONUMENT PEAK** | § | |
| **VENTURES, LLC,** | § | |
| **Plaintiff,** | § | |
| | § | **NO. 2:25-cv-956-RWS** |
| | § | |
| **v.** | § | |
| | § | |
| **ARASHI VISION INC. d/b/a** | § | **JURY TRIAL** |
| **INSTA360,** | § | |
| **Defendant.** | § | |

**JOINT STATUS REPORT REGARDING MEDIATION**

The Parties have agreed to mediate during the week of August 17-21 in Dallas,

Texas, with Wes Hill.

Dated:  June 30, 2026                    Respectfully submitted,


                                         By:    */s/ Cabrach Connor*
                                                Cabrach J. Connor
                                                Cab@CLandS.com
                                                Texas Bar No. 24036390
                                                Jennifer Tatum Lee
                                                Jennifer@CLandS.com
                                                Texas Bar No. 24046950
                                                John M. Shumaker
                                                John@CLandS.com
                                                Texas Bar No. 24033069


                                         **CONNOR LEE & SHUMAKER PLLC**

609 Castle Ridge Road, Suite 450
Austin, Texas 78746
512.646.2060 Telephone
888.387.1134 Facsimile

*Attorneys for Plaintiff*
*Monument Peak Ventures, LLC*

*/s/ Benjamin Bai*
Jack Shaw
California State Bar No. 309382
jshaw@cjsjlaw.com
**CHERRY JOHNSON SIEGMUND
JAMES PC**
8140 Walnut Hill Lane, Suite 105
Dallas, TX 75231
Telephone: (254) 732-2242
Facsimile: (866) 627-3509

Greg Love
State Bar No. 24013060
glove@cjsjlaw.com
**CHERRY JOHNSON SIEGMUND
JAMES PC**
104 E. Houston Street, Suite 115
Marshall, Texas 75670
Telephone: (903) 212-4444
Facsmile: (903) 392-2267

J. Benjamin Bai
Texas Bar No. 24001676
Benjamin.bai@cn.kingandwood.com
**King & Wood**
600 5th Avenue 27th Floor
New York, NY 10020
Telephone: (212) 319-4755
Facsimile: (917) 591-8167

Haolu Feng
D.C. Bar No. 90001026
Harry.feng@cn.kingandwood.com
**King & Wood**
17th Floor, One ICC, Shanghai ICC
999 Middle Huai Hai Road
Shanghai, China 200031
Telephone: (206) 499-2956
Facsimile: (917) 591-8167

*ATTORNEYS FOR DEFENDANT
ARASHI VISION INC. d/b/a INSTA360*

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2026, a true and correct copy of the foregoing was filed electronically via the Court's CM/ECF system, which will effect service on all counsel of record who have consented to electronic service.

*/s/ Cabrach J. Connor*
Cabrach J. Connor

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for the Parties conferred with the meet and confer requirement in Local Rule CV-7(h).

*/s/ Cabrach J. Connor*
Cabrach J. Connor