### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| MONUMENT PEAK VENTURES, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 2:25-CV-00956-RWS |
| ARASHI VISION INC. D/B/A | § | |
| INSTA360, | § | |
| | § | |
| Defendant. | § | |

### ORDER

Before the Court is Plaintiff Monument Peak Ventures, LLC's Unopposed Motion to Extend Plaintiff's Deadline to Comply with P.R.3-1 and P.R. 3-2 (Docket No. 45) and Defendant Arashi Vision Inc. d/b/a Insta 360's Unopposed Motion to Extend Defendant's Deadline to Comply with P.R. 303 and P.R. 3-4 (Docket No. 50). Plaintiff represents that Defendant does not oppose extending the deadline for Plaintiff to comply with P.R. 3-1 and P.R. 3-2 – Disclosure of Asserted Claims and Infringement. Docket No. 45 at 1. Plaintiff requests a fourteen (14) day extension to June 30, 2026. *Id.* Defendant also represents that Plaintiff does not oppose its motion to extend the deadline to disclose invalidity contentions. Docket No. 50 at 1. Defendant requests a fourteen (14) day extension to August 18, 2026. *Id.* After review, and because the motions are unopposed, the motions (Docket Nos. 45, 50) are **GRANTED**. Accordingly, it is

**ORDERED** that Plaintiff **SHALL** comply with P.R. 3-1 and P.R. 3-2 by **June 30, 2026**. It is further

**ORDERED** that Defendant **SHALL** comply with P.R. 3-3 and P.R. 3-4 by **August 18, 2026**.

**So ORDERED and SIGNED this 1st day of July, 2026.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE