**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **MONUMENT PEAK VENTURES, LLC**<br>**Plaintiff,** | § | |
| **v.** | § | **CASE. NO. 2:25-cv-956-RWS** |
| **ARASHI VISION INC. d/b/a INSTA360,**<br>**Defendant.** | § | **JURY TRIAL DEMANDED** |

**PLAINTIFF'S NOTICE OF COMPLIANCE WITH P.R. 4-1**

Plaintiff Monument Peak Ventures, LLC complied with P.R. 4-1 on September 2, 2026, serving its P.R. 4-1 Disclosures of Proposed Terms and Claim Elements for Construction via electronic mail.

Dated: September 3, 2026

Respectfully submitted,

By: */s/ Cabrach J. Connor*
Cabrach J. Connor
State Bar No. 24036390
Cab@CLandS.com
John M. Shumaker
State Bar No. 24033069
John@CLandS.com
**CONNOR LEE SHUMAKER PLLC**
609 Castle Ridge Road, Suite 450
Austin, Texas 78746
512.646.2060 Telephone
888.387.1134 Facsimile
**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served on September 3, 2026, with a copy of this document via the Court's CM/ECF.

*/s/ Cabrach J. Connor*
Cabrach J. Connor