**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **MONUMENT PEAK VENTURES, LLC,** | § | |
| **Plaintiff,** | § | |
| | § | **Case No. 2:25-cv-956-RWS** |
| **v.** | § | |
| | § | |
| **ARASHI VISION INC. d/b/a INSTA360,** | § | **JURY TRIAL** |
| **Defendant.** | § | |

**P.R. 4-3 JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT**

In accordance with Patent Rule 4-3 and the Court's Docket Control Order (Dkt. No. 34), Plaintiff Monument Peak Ventures, LLC (MPV or Plaintiff) and Defendant Arashi Vision Inc. d/b/a Insta360 (Insta360 or Defendant), provide the following Joint Claim Construction and Prehearing Statement:

**(1) The construction of those claim terms, phrases, or clauses on which the parties agree:**

None.

**(2) Each party's proposed claim construction or indefiniteness position for each disputed claim term, phrase, or clause, together with an identification of all references from the specification or prosecution history that support that position, and an identification of any extrinsic evidence known to the party on which it intends to rely either to support its position or to oppose any other party's position, including, but not limited to, as permitted by law, dictionary definitions, citations to**

**learned treatises and prior art, and testimony of percipient and expert witnesses:**

| No. | Claim Term or phrase | MPV Proposed Construction and Intrinsic/Extrinsic Evidence | Insta 360 Proposed Construction and Intrinsic/Extrinsic Evidence |
|---|---|---|---|
| 1 | **"probability"**<br><br>**'544 claims 1, 22, 24, 35, 41, 47.**<br>**'771 claims 1, 7, 10, 19, 25, 29, 30** | See terms 1a and 1b.<br><br>'544 pat. at 23:44-62, 24:42-25:3, 37:8-42, 38:33-49, 39:39-40:43., Figs. 11A, 11B, 11C, 11D, Table 2. | "A generated or calculated numerical likelihood value assigned to an event, within the closed interval [0,1], where 0 represents no likelihood and 1 represents certainty."<br><br>Any method or device not applying probability analysis to determine whether a change in subject activity corresponds to an opportunity for a change in subject framing, and then for determining the change in subject framing to be applied is not within the scope of the claim.<br><br><u>Intrinsic Evidence</u><br>'544 Patent at 10:22-35, 23:48-55, 24:11-16, 24:54-60, 37:12-38:67, 39:9-15, 39:22-40:43, 40:59-63, 42:10-15, 47:5-7; Table 2; Figs. 11A-11D; Claims 1, 22-27, 35, 38, 41, 47.<br><br>'771 Patent at 10:22-35, 24:3-10, 24:33-37, 25:7-13, 37:26-39:28, 39:36-40:56, 41:5-9, 42:23-28; Table 2; Parts List, col. 47; Figs. 11A-11D; Claims 1, 7, 10-11, 19, 23, 25, 29-30.<br>'544 File History, Non-Final Office Action, at 10-11 (Dec. 28, 2011).<br><br>'544 File History, Amendment & Remarks, at 3-4, 7-9, 13-14, 16, 21-24, 26-27 (Mar. 15, 2012).<br><br>'544 File History, Amendment to the Drawings, at sheets 19-21, Figs. 11A-11D (Mar. 15, 2012). |

| No. | Claim Term or phrase | MPV Proposed Construction and Intrinsic/Extrinsic Evidence | Insta 360 Proposed Construction and Intrinsic/Extrinsic Evidence |
|---|---|---|---|
| 1a | | | ’544 File History, Amendment to the Claims, at 2-3, 6, 8, 11-12, 14-15 (Apr. 20, 2012).<br><br>’544 File History, Amendment After Allowance, at 2-3, 6-8, 11-12, 14-15 (June 5, 2012).<br>’771 File History, Non-Final Office Action, at 9-10 (Dec. 29, 2011).<br><br>’771 File History, Amendment & Remarks, at 3, 6, 8, 10-12, 17-20, 22-23 (Mar. 15, 2012).<br>’771 File History, Amendment to the Drawings, at sheets 19-21, Figs. 11A-11D (Apr. 22, 2009).<br>’771 File History, Notice of Allowability, at 2 (Apr. 16, 2012). |
| 1b | **“Scene change probability”**<br><br>**’544 claims 1, 24, 35, 41, 47**<br>**’771 claims 1, 7, 10, 19, 25, 29, 30** | probability or confidence that capture settings need to be changed<br><br>’544 pat. at 24:42-25:3, 37:8-42, 38:50-39:15, Figs. 11A-11D, Table 2 | Probability assigned to the corresponding event. |
| | **“shot selection probability”**<br><br>**’544, claims 1, 22, 35, 41, 47**<br>**’771 claims 1, 7, 11, 19, 28, 29, 30** | probability or confidence in determining the next shot or framing<br><br>’544 pat. at 24:42-25:3, 37:8-42, 38:50-39:15, Figs. 11A-11D, Table 2. | Generic object-classification probability, face-detection probability, or another probability unrelated to deciding whether and how to reframe is outside the scope. Collapsing both functions into an unrelated generic confidence score is outside of the scope of the claim terms. |

| No. | Claim Term or phrase | MPV Proposed Construction and Intrinsic/Extrinsic Evidence | Insta 360 Proposed Construction and Intrinsic/Extrinsic Evidence |
|---|---|---|---|
| **2** | **"image quality"**<br><br>**'544 claims 1, 12, 33, 41, 45, 46, 47**<br>**'771, claims 8, 19, 30** | Plain and ordinary meaning: One or more characteristics of the image's technical or visual quality, such as resolution, focus, brightness, contrast, or color and the framing of the subject within the image, a risk of subject loss, or combinations thereof<br><br>'544 pat. at 5:48-6:3, 9:28-47; 24:42-25:3, 33:4-34, 42:24-46, cls.12, 33, 45 | Plain and ordinary meaning: "One or more characteristics of the image's technical or visual quality, such as resolution, focus, brightness, contrast, or color, but not including other factors such as subject framing, a risk of subject loss, or combinations thereof."<br><br><u>Intrinsic Evidence</u><br>'544 Patent at 1:42-47, 2:16-19, 5:50-57, 11:62-12:1, 15:3-7, 17:8-11, 22:58-23:5, 23:17-21, 24:46-51, 28:27-34, 30:35-38, 33:4-14, 36:10-14, 42:26-28, 42:36-40, 47:22-26, 48:3-7, 48:27-30, 50:5-9, 52:45-49; Fig. 5B; Claims 1, 7, 12, 33, 46.<br><br>'771 Patent at 1:45-50, 2:19-22, 5:52-59, 11:63-12:2, 15:4-8, 17:8-11, 23:13-27, 23:39-43, 24:66-25:4, 28:36-43, 30:42-45, 33:16-26, 36:24-28, 42:39-41, 42:49-53, 48:1-5, 48:40-44, 51:23-27, 52:20-27; Fig. 5B; Claims 4, 8, 30-31.<br><br>'544 File History, Amendment & Remarks, at 3, 5-6, 11, 14-15, 22, 24 (Mar. 15, 2012).<br><br>'544 File History, Amendment to the Drawings, at sheet 11, Fig. 5B (Mar. 15, 2012).<br><br>'544 File History, Amendment to the Claims, at 2, 4, 10, 13 (Apr. 20, 2012).<br><br>'544 File History, Amendment After Allowance, at 2, 4, 10, 13 (June 5, 2012). |

| No. | Claim Term or phrase | MPV Proposed Construction and Intrinsic/Extrinsic Evidence | Insta 360 Proposed Construction and Intrinsic/Extrinsic Evidence |
|---|---|---|---|
| | | | ’771 File History, Amendment & Remarks, at 4-5, 11-12, 19-20 (Mar. 15, 2012).<br><br>’771 File History, Amendment to the Drawings, at sheet 11, Fig. 5B (Apr. 22, 2009).<br><br>Extrinsic Evidence:<br><br>MICHAEL R. PERES, The Focal Encyclopedia of Photography—Digital Imaging Theory and Applications History 376 (4th ed. 2007); |
| **3** | **“subject activity metric”**<br><br>**’544 claims 2, 7, 35, 36, 37, 38**<br>**’771 claims 1, 5, 7, 8, 15, 17, 20, 22, 31** | measure of the activity or movement of a subject in the captured video, including the subject’s motion or position<br><br>’544 pat. at 9:28-47, 27:31-33:3, 33:35-53, 47:52-61, 48:3-13, 51:8-19, 52:12-23 | “A quantitative value measuring the level or change of a subject’s activity, determined from factors other than mere subject location or ordinary movement tracking, or face detection alone.”<br><br><u>Intrinsic Evidence</u><br>’544 Patent at 7:5-18, 20:2-14, 23:5-10, 24:36-41, 31:39-52, 32:54-59, 34:35-39, 36:14-19, 39:22-30, 40:59-63; Table 2; Figs. 4C, 9-11C; Claims 2-6, 33, 35, 37, 46.<br><br>’771 Patent at 7:7-20, 20:24-37, 23:27-32, 24:56-61, 31:44-58, 32:65-33:4, 34:49-53, 36:28-33, 39:36-42, 41:5-9; Table 2; Figs. 4C, 9-11C; Claims 1, 5, 8, 15-16, 20-21.<br><br>’544 File History, Amendment & Remarks, at 17-25, 28 (Mar. 15, 2012).<br>’771 File History, Amendment & Remarks, at 14-19, 22-23 (Mar. 21, 2012).<br>’544 File History, Office Action, at 2 (Apr. 16, 2012). |

| No. | Claim Term or phrase | MPV Proposed Construction and Intrinsic/Extrinsic Evidence | Insta 360 Proposed Construction and Intrinsic/Extrinsic Evidence |
|---|---|---|---|
| | | | ’771 File History, Notice of Allowability, at 2 (Apr. 16, 2012). |
| 4 | **“configured to”**<br><br>**’155, claims 1, 15, 16, 17, 18** | Plain and ordinary meaning<br><br>2:46-53; 7:27-31:9. | “Programmed to, or specifically designed to.”<br><br>Not merely “capable of.” |
| 5 | **“combined use mode”**<br><br>**’418, claims 1, 6, 8, 9, 12, 13, 17** | Plain and ordinary meaning<br><br>’418 pat. at Abstract, 2:24-31, 2:37-41, 5:47-60, 6:65-67, 8:51-59, 9:37-43, Table V<br><br>MPV may rely on expert testimony from Dr. Jose Melendez regarding the state of the art, the common understanding or meaning of this term, the knowledge and understanding of one skilled in the art, and the proper construction of the claim term in view of the understanding of those of ordinary skill in the art at the time of the invention, and to respond to Insta360’s proposed constructions and positions or those of Insta360’s experts or witnesses | “A discrete control configuration, selectable as a unit, that specifies how identified resources of at least two handheld devices are to be used together, not including mere capability of separate device functionalities to operate concurrently and a ‘master and slave’ configuration in which one device controls the operation of another.”<br><br><u>Intrinsic Evidence</u><br>’418 Patent at 1:52-67, 2:17-57, 3:17-18, 3:36-37, 3:56-67, 4:14-37, 4:56-5:15, 5:51-67, 6:1-15, 6:47-67, 7:22-36, 8:22-36, 8:55-67, 9:29-62, 10:36-58, 10:65-11:29; Tables I-V; Figs. 1-3; Claims 1-20.<br><br>’418 File History, Amendment, at 2-3, 5-7 (Jan. 14, 2013).<br><br>’418 File History, Amendment and Reply, at 2-10 (July 12, 2013).<br><br>’418 File History, Request for Continued Examination Transmittal, at 2 (July 30, 2013).<br><br>’418 File History, Amendment and Reply, at 2-4, 6-10 (Oct. 1, 2013). |

| No. | Claim Term or phrase | MPV Proposed Construction and Intrinsic/Extrinsic Evidence | Insta 360 Proposed Construction and Intrinsic/Extrinsic Evidence |
|---|---|---|---|
| | | | ’418 File History, Amendment and Reply, at 2-11 (May 7, 2014).<br><br>’418 File History, Notice of Allowability, at 2-3 (June 9, 2014). |
| **6** | **“determine . . . an inventory of available resources”**<br><br>**’418, claims 1, 13, 17.** | Plain and ordinary meaning<br><br>’418 pat. at 2:37-41, 4:13-24; 6:1-53, 10:36-47, 10:60-11:11. | “creating a list that identifies, for each detected handheld device, the resource or resources determined to be available from that device, where “resources” means the components and functions of acquisition, saving, sharing and reproducing data or multimedia objects.”<br><br>Merely detecting the functionalities of devices or directly selecting a combined-use mode does not satisfy the limitation. The creation of a resource list is required.<br><br>The processor must determine an inventory of functionalities for each handheld device, derive multiple possible combined modes from that inventory, and select one of those modes. Simple image transmission, image storage or loading, and port control do not satisfy the claimed sequence.<br><br><u>Intrinsic Evidence</u><br>’418 Patent at 2:37-44, 4:14-25, 6:1-15, 6:47-54, 9:29-36, 10:36-43, 11:1-19; Tables I, V; Figs. 2-3; Claims 1, 3-4, 7, 13-15, 17-20.<br><br>’418 File History, Amendment & Remarks, at 9-12 (May 7-10, 2014). |

| No. | Claim Term or phrase | MPV Proposed Construction and Intrinsic/Extrinsic Evidence | Insta 360 Proposed Construction and Intrinsic/Extrinsic Evidence |
|---|---|---|---|
| 7 | **“mode”**<br><br>**’158, claims 1, 16, 18, 22, 23**<br>**’612, claims 1, 12**<br>**’490, claims 1, 12** | Plain and ordinary meaning<br><br>’158 pat. at Abstract, 2:30-44, 5:59-6:22, 6:41-7:21, 7:37-8:35, 9:11-10:8, 10:37-11:9, 11:33-48, 12:18-31, 14:14-15:8, 16:8-15, Figs. 1, 2<br><br>MPV may rely on expert testimony from Dr. Jose Melendez regarding the state of the art, the common understanding or meaning of this term, the knowledge and understanding of one skilled in the art, and the proper construction of the claim term in view of the understanding of those of ordinary skill in the art at the time of the invention, and to respond to Insta360’s proposed constructions and positions or those of Insta360’s experts or witnesses. | “A distinct operating state that, while active, allows the device to perform only a predetermined list of functions assigned to that state and disables or makes unavailable other functions, until the device exits or changes modes, excluding the mere capability to perform a particular function”<br><br><u>Intrinsic Evidence</u><br>’158 Patent at 13:26-14:55; Figs. 4, 5B-5E; Claims 1, 22-23.<br><br>’612 Patent at 12:63-14:24; Figs. 4, 5B-5E; Claims 1, 12.<br><br>’490 Patent at 12:63-14:24; Figs. 4, 5B-5E; Claims 1, 12. |
| 8 | **“input”**<br><br>**’158, claims 1-3, 5-7, 16, 19, 22, 23** | Plain and ordinary meaning<br><br>’158 pat. at 11:33-13:18, 13:48-15:24, 16:16-19:7, Abstract, Figs. 4, 6<br><br>MPV may rely on expert testimony from Dr. Jose Melendez regarding the state of the art, the common understanding or meaning of this term, the knowledge and understanding of one skilled in the art, and the proper construction of the claim term in view of the understanding of those of ordinary skill in the art at the time of the invention, and to respond to Insta360’s proposed constructions and positions or those of Insta360’s experts or witnesses. | “A user action communicated through the user interface as a command, whose receipt causes the complete function recited in connection with that input. Where the claim expressly requires one input to be separate from another, those inputs must be distinct user commands.”<br><br>A system with no distinct start and end modes, or in which the same act both activates a mode and establishes the frame without the separately claimed input outside of the scope of the claim.<br><br><u>Intrinsic Evidence</u><br>’158 Patent at 11:33-12:9, 13:48-14:55; Figs. 3A-3D, 4, 5A-5F; Claims 1-7, 22-23. |

| No. | Claim Term or phrase | MPV Proposed Construction and Intrinsic/Extrinsic Evidence | Insta 360 Proposed Construction and Intrinsic/Extrinsic Evidence |
|---|---|---|---|
| | | | .<br>’158 File History, Amendment & Remarks, at 9-12 (Nov. 11, 2013). |
| 9 | **portion of a background of the digital video or still image is removed from the digital video or still image**<br><br>**’155, claims 1, 15** | At least a part of the image capture area of the digital video or still image that does not contain the subject is removed from the digital video or still image<br><br>’155 pat. at 8:49-10:2, 10:3-17:8, 11:61-12:10 | At least a subset of pixel data of the digital video or still image that does not form part of the subject is removed therefrom.<br><br>But masking, blurring, covering, or replacing the original background with another equal-area background does not satisfy the meaning of “removed.” Merely excluding content that was never present in the captured media does not constitute removal.<br><br><u>Intrinsic Evidence</u><br>’155 Patent at 8:49-9:51; Figs. 7A-8; Claims 1, 11-15. |

**(3) The anticipated length of time necessary for the Claim Construction Hearing:**

The parties anticipate a 120 minute claim construction hearing, 60 minutes for each side.

**(4) Whether any party proposes to call one or more witnesses, including experts, at the Claim Construction Hearing and the identity of each such witness:**

Plaintiff may call its claim construction expert Dr. Melendez to testify at the Markman Hearing.

**(5) A list of any other issues which might appropriately be taken up at a prehearing conference prior to the Claim Construction Hearing, and proposed dates, if not previously set, for any such prehearing conference:**

None.

**(6) List of the most significant terms according to the parties priorities:**

- Probability/scene change probability/shot selection probability
- Image quality
- Subject activity matrix
- Mode
- Portion of a background of the digital . . . is removed . . .

Dated: October 7, 2026

Respectfully submitted,

**CONNOR LEE & SHUMAKER PLLC**

By: */s/ Cabrach J. Connor*
Cabrach J. Connor
Cab@CLandS.com
Texas Bar No. 24036390
John M. Shumaker
John@CLandS.com

**CONNOR LEE & SHUMAKER PLLC**
609 Castle Ridge Road, Suite 450
Austin, Texas 78746
Telephone: (512) 646-2060

**ATTORNEYS FOR MONUMENT PEAK VENTURES, LLC**

*/s/ J. Benjamin Bai*
J. Benjamin Bai
Texas Bar No. 24001675
**King & Wood LLP**
benjamin.bai@cn.kingandwood.com

500 Fifth Avenue, 50th Floor
New York NY 10110
Telephone: (212) 319-4755

Haolu Feng
D.C. Bar No. 90001026
Yang Guo
New York Bar No. 5897251
**King & Wood LLP**
harry.feng@cn.kingandwood.com
guoyang5@cn.kingandwood.com
17th Floor, One ICC, Shanghai ICC
999 Middle Huai Hai Road, Xuhui District
Shanghai 200031, China
Tel.: +86 21 2352 6585

Jack Shaw
California State Bar No. 309382
jshaw@cjsjlaw.com
CHERRY JOHNSON
**SIEGMUND JAMES PC**
8140 Walnut Hill Lane, Suite 105
Dallas, TX 75231
Telephone: (254) 732-2242

***Attorneys for Defendant Arashi Vision Inc. d/b/a Insta360***

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this **JOINT P.R. 4-3 JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT** has been served to all counsel of record via electronic mail and via ECF on the second day of October, 7 2026.

*/s/ Cabrach J. Connor*
Cabrach J. Connor